**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROBERT JOHNSON

          *

   Plaintiff,    *

            Case No.: 8:13-cv-01006-PWG

          *

   vs.      *

CORINTHIAN COLLEGES, INC., et al.

          *

   Defendants.   *

          *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Johnson (the "Plaintiff") and Defendants Corinthian Colleges, Inc. and Rhodes Colleges, Inc. (the "Defendants" and collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action and any and all claims, past, present, and future, by and between the Parties, now and forever hereafter, arising out of this litigation or Plaintiff's employment with Defendants, with prejudice.

   Respectfully submitted, this 20th day of January, 2014.

**YOUNG LAW GROUP**       **PAYNE & FEARS, LLP**

/s/ Eric. L. Young         /s/ Jeffrey K. Brown
Eric L. Young, *Pro Hac Vice*     Jeffrey K. Brown, *Pro Hac Vice*
Young Law Group        Payne & Fears LLP
123 S. Broad St., Suite 1920     Jamboree Center, 4 Park Plaza, Suite 1100
Philadelphia, PA 19109      Irvine, CA 92614
Telephone:  (215) 367-5151   Telephone:  (949) 851-1100
Facsimile:  (215) 367-5143   Facsimile:  (949) 851-1212

Email:          eyoung@young-lawgroup.com

**McELDREW LAW**

/s/ James J. McEldrew, III
James J. McEldrew, III, *Pro Hac Vice*
McEldrew Law
123 S. Broad St., Suite 1920
Philadelphia, PA 19109
Telephone:     (215) 545-8800
Facsimile:     (215) 545-8805
Email:          jim@mceldrewlaw.com

**MICHAEL H. BERESTON, INC.**

/s/ Michael H. Bereston
Michael H. Bereston
Michael H. Bereston, Inc.
8 Fleet St., 2nd Floor
Annapolis, MD 21404
Telephone:     (410) 269-5011
Facsimile:     (410) 269-5022
Email:          bereston@comcast.net

*Attorneys for Plaintiff Robert Johnson*

Email:          jkb@paynefears.com

/s/ Robert T. Matsuishi
Robert T. Matsuishi, *Pro Hac Vice*
Payne & Fears LLP
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:     (949) 851-1100
Facsimile:     (949) 851-1212
Email:          rtm@paynefears.com

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ David B. Hamilton
David B. Hamilton, Fed. Bar. No. 04308
Womble Carlyle Sandridge & Rice, LLP
250 W. Pratt St., Suite 1300
Baltimore, MD 21201
Telephone:     (410) 545-5800
Facsimile:     (410) 545-5801
Email:          David.Hamilton@wcsr.com

/s/ Robert A. Gaumont
Robert A. Gaumont, Fed. Bar. No. 26302
Womble Carlyle Sandridge & Rice, LLP
250 W. Pratt St., Suite 1300
Baltimore, MD 21201
Telephone:     (410) 545-5800
Facsimile:     (410) 545-5801
Email:          rgaumont@wcsr.com

/s/ Kara L. Boyle
Kara L. Boyle, Fed. Bar. No. 30097
Womble Carlyle Sandridge & Rice, LLP
250 W. Pratt St., Suite 1300
Baltimore, MD 21201
Telephone:     (410) 545-5800
Facsimile:     (410) 545-5801
Email:          kboyle@wcsr.com

*Attorneys for Defendants Corinthian Colleges, Inc. and Rhodes Colleges, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Joint Stipulation to Dismiss With Prejudice* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**PAYNE & FEARS, LLP**

Jeffrey K. Brown
Robert T. Matsuishi
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:     (949) 851-1100

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

David B. Hamilton
Robert A. Gaumont
Kara L. Boyle
250 W. Pratt St., Suite 1300
Baltimore, MD 21201
Telephone:     (410) 545-5800

*Counsel for Defendants Corinthian Colleges, Inc. and Rhodes Colleges, Inc.*

This 20th day of January, 2014.

**Young Law Group, P.C.**

/s/ Eric L. Young
ERIC L. YOUNG